

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sidney B. Hale, Jr., Appellant

No. 06-15-00021-CV      v.

City of Bonham, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-14-41722). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's dismissal of the case.

We further order that the appellant, Sidney B. Hale, Jr., pay all costs of this appeal.

RENDERED SEPTEMBER 23, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk